December 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

**PARKWAY DENTAL ASSOCIATES, P.A., POORANG PAHLAVAN, H. TRAM NGUYEN, AND SHANNON PRESLEY, Appellants**

NO. 14-10-01239-CV                          V.

**HO & HUANG PROPERTIES, L.P. AND SW PARKWAY MANAGEMENT, INC., Appellees**

_____

This cause, an appeal from the judgment in favor of appellees, HO & HUANG PROPERTIES, L.P. AND SW PARKWAY MANAGEMENT, INC., signed, September 17, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting summary judgment as to the breach-of-contract and anticipatory-repudiation claims of appellant PARKWAY DENTAL ASSOCIATES, P.A. ("Parkway") against appellees. Because we are reversing the trial court's summary judgment as to these two claims, we also reverse the trial court's award of attorney's fees, litigation costs, and interest thereon against appellants. We therefore order that the portions of the judgment that address Parkway's breach-of-contract claim or Parkway's anticipatory-repudiation claim, or any one or more of the party's respective requests for attorney's fees or litigation costs are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion. Further, we find no error in the remainder of the judgment and order it **AFFIRMED**. For good cause, we order appellants, jointly and severally, to pay one-half of all costs incurred in this appeal, and we order appellees, jointly and severally, to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.